IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO.  18-21070 |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |

## EMPLOYEE INCOME RECORDS

Attached hereto are the Employee Income Records for Debtor Aaron J. Anderson for the 60 day period pre-filing of the petition.

Declaration Under Penalty of Perjury by Individual Debtor

We declare under penalty of perjury that we have read the within pleading, and that it is true and correct to the best of our knowledge, information, and belief.

Dated: April 16, 2018         Signature:      /s/ Aaron J. Anderson
                                              AARON J. ANDERSON
                                              Debtor

Dated: April 16, 2018         Signature:      /s/ Rebecca S. Anderson
                                              REBECCA S. ANDERSON,
                                              Joint Debtor

Dated: April 16, 2018                         /s/ Glenn R. Bartifay
                                              GLENN R. BARTIFAY, ESQUIRE
                                              Pa. Id. No. 68763
                                              Attorney for Debtors

                                              BARTIFAY LAW OFFICES, P.C.
                                              3134 Lillian Avenue
                                              First Floor
                                              Murrysville, PA 15668
                                              (412) 824-4011
                                              gbartifay@bartifaylaw.com

# Excela Health

**Medcare Equipment Company LLC**
443 West Pittsburgh Street
Suite 1
Greensburg, PA 15601

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/25/2018 |
| Period End Date | 03/10/2018 |
| Pay Date | 03/15/2018 |
| Document | 48294 |
| Net Pay | $713.58 |

## Pay Details

AARON J ANDERSON
17 TRICE DRIVE
MOUNT PLEASANT, PA 15666
USA

| | |
|---|---|
| Employee Number | 810760 |
| SSN | XXX-XX-0236 |
| Job | BILLING ASSOCIATE |
| Pay Rate | $13.5000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Medcare Equipment Regular |
| Location | HEMPFIELD LST |
| Sr Leader | CEOMEC - CEO, MEDCARE EQUIPMENT |
| Department | ME3010 - MEC - GREENSBURG (Hemp) |
| Segment | 5 - ADMINISTRATIVE SUPPORT |

| | | |
|---|---|---|
| Federal Income Tax | S | 0 |
| PA State Income Tax (Residence) | M | 0 |
| PA State Income Tax (Work) | M | 0 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| OT PREMIUM | 0.0000 | $0.00 | $1.35 |
| OVERTIME | 0.0000 | $0.00 | $2.70 |
| PAID TIME OFF | 0.0000 | $0.00 | $541.62 |
| REGULAR EARNING | 80.0000 | $1,080.00 | $5,598.45 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $43.20 | $245.76 | $21.60 | $122.88 |
| DENTAL PREMIUM | Yes | $10.38 | $62.28 | $28.26 | $169.56 |
| MEDICAL PREMIUM | Yes | $104.84 | $629.04 | $594.06 | $3,564.36 |
| VISION | Yes | $7.99 | $47.94 | $0.48 | $2.88 |
| 401K MEDCARE EQ | Yes | $0.00 | $0.00 | $32.40 | $184.33 |
| BASIC LTD | No | $0.00 | $0.00 | $0.26 | $1.56 |
| ER LIFE INS COS | No | $0.00 | $0.00 | $2.01 | $12.06 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $85.23 | $504.11 |
| Employee Medicare | $13.87 | $78.37 |
| Social Security Employee Tax | $59.32 | $335.10 |
| PA State Income Tax | $29.37 | $165.93 |
| HEMPFIELD | $9.57 | $54.05 |
| HEMPFIELD SD | $0.19 | $1.14 |
| GRNSBRG-HEMPFIELD CITY | $1.81 | $10.86 |
| PA Unemployment Employee | $0.65 | $3.69 |