IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 18-21070 |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |

## EMPLOYEE INCOME RECORDS

Attached hereto are the Employee Income Records for Debtor Rebecca S. Anderson for the 60 day period pre-filing of the petition.

Declaration Under Penalty of Perjury by Individual Debtor

We declare under penalty of perjury that we have read the within pleading, and that it is true and correct to the best of our knowledge, information, and belief.

Dated: April 16, 2018        Signature:        /s/ Aaron J. Anderson
                                                AARON J. ANDERSON
                                                Debtor

Dated: April 16, 2018        Signature:        /s/ Rebecca S. Anderson
                                                REBECCA S. ANDERSON,
                                                Joint Debtor

Dated: April 16, 2018                          /s/ Glenn R. Bartifay
                                                GLENN R. BARTIFAY, ESQUIRE
                                                Pa. Id. No. 68763
                                                Attorney for Debtors

                                                BARTIFAY LAW OFFICES, P.C.
                                                3134 Lillian Avenue
                                                First Floor
                                                Murrysville, PA 15668
                                                (412) 824-4011
                                                gbartifay@bartifaylaw.com

# Earnings Statement

**890 Weatherwood Lane Operating Comp**
**The Rehabilitation & Nursing Center**
**890 Weatherwood Lane**
**Greensburg PA 15601**

Page 001 of 001
Period Beg/End:   02/25/2018 - 03/10/2018
Pay Date:         03/16/2018
Advice Number:    0530519146
Batch Number:     180314LVW032

Marital Status: Single
Exemptions/Allowances:
    Federal: 02        $0.00
    PA:      02        $0.00

**Anderson, Rebecca**
**17 Trice Drive**
**Mount Pleasant, PA 15666**

Basis of Pay:         Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Base Hours | 22.47 | 78.75 | 1769.54 | 9117.36 |
| Holiday Hours |  | 0.00 | 0.00 | 537.05 |
| OT Premium | 11.23 | 1.00 | 11.24 | 16.86 |
| OT Straight Time | 22.47 | 1.00 | 22.47 | 33.71 |
| Sick Hours |  | 0.00 | 0.00 | 359.52 |
| Vacation Hours |  | 0.00 | 0.00 | 696.57 |
| **Gross Pay** |  |  | **1803.25** | **10761.07** |

| Tax Deductions | This Period | Year-to-Date |
|---|---|---|
| Federal Tax | 139.11 | 932.87 |
| Mount Pleasant | 8.68 | 51.77 |
| OPT Hempfield Twp | 2.00 | 12.00 |
| PA SD Mt Pleasant Asd | 8.68 | 51.77 |
| PA Unemployment | 1.62 | 9.68 |
| Social Security | 107.63 | 642.15 |
| Medicare | 25.17 | 150.18 |
| PA State Tax | 53.29 | 317.96 |
| **Total Tax Deductions** | **346.18** | **2168.38** |

**Imputed Income**

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Pre-Tax Deductions** |  |  |
| Pretax Health FSA | 67.31 | 403.86 |
| 401k | 54.10 | 322.83 |
| **Total Pre-Tax** | **121.41** | **726.69** |
| **Post-Tax Deductions** |  |  |
| 401-K Loan | 34.29 | 34.29 |
| Short Term DBL | 23.18 | 139.08 |
| **Total Post-Tax** | **57.47** | **173.37** |
| **Net Pay** | **1278.19** | **7692.63** |

**Time Off Summary**
Vacation            45.10
Sick                19.55

**Important Notes**
For any benefit questions, please call the HR Benefit Center at 844-319-2116.

Your time off balance is as of this pay period.

**Garnishment Details**        **Case Number**

© 2002 AutomaticData Processing (PCSUVO)

---

**890 Weatherwood Lane Operating Comp**
**The Rehabilitation & Nursing Center**
**890 Weatherwood Lane**
**Greensburg PA 15601**

Advice Number:    0530519146
Pay Date:         03/16/2018

THIS IS NOT A CHECK

| **Deposited to the account of** | **Account Number** | **Transit ABA** | **Amount** |
|---|---|---|---|
| Anderson, Rebecca | Checking XXXXXX1538 | 222370440 | $1253.19 |
|  | Savings XX8399 | 231387576 | $25.00 |