IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-21070-JAD |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| REBECCA S. ANDERSON, ) | |
| ) | |
| Debtor/Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE REHABILITATION & NURSING ) | |
| CENTER (Employer) and RONDA ) | |
| WINNECOUR (Trustee), ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Wage Attachment Order dated May 24, 2018, Doc. No. 29, and Local Form No. 12 were sent by regular mail on May 25, 2018, addressed as follows:

The Rehabilitation & Nursing Center
Attn: Payroll Administrator
890 Weatherwood Lane
Greensburg, PA 15601

Dated: <u>May 25, 2018</u>            /s/ Natasha C. Alejandro
                                      NATASHA C. ALEJANDRO, ESQUIRE
                                      Pa. Id. No. 316860
                                      Attorney for Debtor

                                      BARTIFAY LAW OFFICES, P.C.
                                      3134 Lillian Avenue
                                      Murrysville, PA 15668
                                      (412) 824-4011
                                      nalejandro@bartifaylaw.com