**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Aaron J. Anderson**
**Rebecca S. Anderson**
    Debtor(s)

Bankruptcy Case No.: 18–21070–JAD
Issued Per May 21, 2018 Proceeding
Chapter: 13
Docket No.: 28 – 20
Concil. Conf.: November 8, 2018 at 11:00 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)* **PLAN CONFIRMATION:**

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 16, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Nov. 8, 2018 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Lakeview Loan Servicing, LLC at Claim No. 5 .

☐ H.    Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 24, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21070-JAD
Aaron J. Anderson                                                     Chapter 13
Rebecca S. Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel             Page 1 of 2           Date Rcvd: May 24, 2018
                              Form ID: 149           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db/jdb         +Aaron J. Anderson,    Rebecca S. Anderson,    17 Trice Dr.,    Mount Pleasant, PA 15666-9048
14824982        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14795837       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14795838       +Best Egg/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
14795839      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14795841       +CBCS,   P.O. Box 1838,    Columbus, OH 43216-1838
14795840       +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
14831251        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14795842       +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
14795845       +Edfinancial Services L,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
14825003       +Edfinancial on behalf of US Dept. of Education,     120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
14815137       +Granite State Management & Resources,    on behalf of NHHEAF,    c/o NHHEAF,    4 Barrell Court,
                 Concord, NH 03301-8543
14795846       +Granite State Mgmt Res,    4 Barrell Ct,    Concord, NH 03301-8543
14812725       +Leonard Anderson,    931 W. Washington St.,    Mount Pleasant, PA 15666-1741
14831924       +Navient Solutions, LLC. on behalf of,    Massachusetts Higher Education Assistanc,
                 d/b/a American Student Assistance,    PO BOX 16129,    St. Paul, MN 55116-0129
14795850        Paypal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
14833474       +SST as servicing agent for BEST EGG,    4315 Pickett Road, Bankruptcy Department,
                 St. Joseph, Missouri 64503-1600
14795851       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14795853       +The United Federal Cr,    3 Sunset Beach Rd,    Morgantown, WV 26508-4431
14816338       +The United Federal Credit Union,    3 Sunset Beach Rd.,    Morgantown, WV 26508-4431
14824264        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON WI 53708-8973
14830228        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14830399        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14795855       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
14805570        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14795857       +Wf Efs,   Po Box 5185,    Sioux Falls, SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14796822        E-mail/Text: ally@ebn.phinsolutions.com May 25 2018 01:42:36     Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14795836       +E-mail/Text: ally@ebn.phinsolutions.com May 25 2018 01:42:36     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14795839        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 01:49:43      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14795840       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 01:50:48      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
14795843       +E-mail/PDF: creditonebknotifications@resurgent.com May 25 2018 01:49:49      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14799328        E-mail/Text: mrdiscen@discover.com May 25 2018 01:42:37     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14795844       +E-mail/Text: mrdiscen@discover.com May 25 2018 01:42:37     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14795847       +E-mail/Text: bnckohlsnotices@becket-lee.com May 25 2018 01:42:41     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14816138        E-mail/Text: camanagement@mtb.com May 25 2018 01:42:49     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
14795848        E-mail/Text: camanagement@mtb.com May 25 2018 01:42:49     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
14829122       +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2018 01:43:08     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14795849       +E-mail/PDF: pa_dc_claims@navient.com May 25 2018 01:50:51     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14849409        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:08:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14796625       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:07:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14834502        E-mail/Text: bnc-quantum@quantum3group.com May 25 2018 01:42:51
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14795852       +E-mail/Text: gecsedi@recoverycorp.com May 25 2018 01:50:10     Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
14795854       +E-mail/Text: BankruptcyNotice@upmc.edu May 25 2018 01:43:40     UPMC,
                 Quantum I Building Third Floor,    Distribution Room #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
14849602        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2018 01:56:49     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
```

```
District/off: 0315-2                  User: jhel                    Page 2 of 2                   Date Rcvd: May 24, 2018
                                      Form ID: 149                  Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14795856          +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 25 2018 01:42:31
                   Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               LakeView Loan Servicing, LLC
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Joint Debtor Rebecca S. Anderson gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              Glenn R. Bartifay    on behalf of Debtor Aaron J. Anderson gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              James Warmbrodt     on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 5
```