Certificate Number: 16339-PAW-DE-031358704

Bankruptcy Case Number: 18-21070



16339-PAW-DE-031358704

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2018, at 7:32 o'clock PM EDT, Aaron Anderson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 22, 2018

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor