Certificate Number: 16339-PAW-DE-031358705

Bankruptcy Case Number: 18-21070



16339-PAW-DE-031358705

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2018, at 7:32 o'clock PM EDT, Rebecca Anderson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 22, 2018            By:   /s/Kelley Tipton

                                Name:  Kelley Tipton

                                Title:  Certified Financial Counselor