IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Aaron J. Anderson** **Rebecca S. Anderson** Debtor | : : : : : : | Bankruptcy No. **18-21070** Chapter **13** Related to Document No. |
| **Aaron J. Anderson** **Rebecca S. Anderson** Movant v. No Respondent | : : : : : : : : : : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Glenn R. Bartifay, Esquire 68763**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
Signature
**Glenn R. Bartifay, Esquire 68763**
Typed Name
**3134 Lillian Avenue**
**First Floor**
**Murrysville, PA 15668**
Address
**412-824-4011 Fax:412-202-0180**
Phone No.
**68763 PA**
List Bar I.D. and State of Admission

Seton Hill University
Student Accounts
1 Seton Hill Drive
Greensburg, PA 15601