IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-21070-JAD |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the 341 Meeting Notice filed on April 17, 2018, Doc. No. 21, Amended Schedule F filed on October 23, 2018, Doc. No. 44, and the Order of Court dated October 24, 2018, Doc. No. 46, were served as follows:

By electronic mail of the 341 Notice on April 17, 2018, Amended Schedule F on October 23, 2018, and the Order of Court on October 24, 2018, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail Amended Schedule F on October 23, 2018 and 341 Notice and Order of Court on October 24,2018, addressed as follows:

Seton Hill University
Student Accounts
1 Seton Hill Drive
Greensburg, PA 15601

Dated: <u>October 24, 2018</u>      /s/ Glenn R. Bartifay
                                    GLENN R. BARTIFAY, ESQUIRE
                                    Pa. Id. No. 68763
                                    Attorney for Debtors

                                    BARTIFAY LAW OFFICES, P.C.
                                    3134 Lillian Avenue
                                    First Floor
                                    Murrysville, PA 15668
                                    (412) 824-4011
                                    gbartifay@bartifaylaw.com