IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 18-21070-JAD |
| AARON J. ANDERSON and | ) | |
| REBECCA S. ANDERSON, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| REBECCA S. ANDERSON, | ) | |
| | ) | |
| Debtor/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE REHABILITATION & NURSING | ) | |
| CENTER (Employer) and RONDA | ) | |
| WINNECOUR (Trustee), | ) | |
| | ) | |
| Respondents. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Wage Attachment Order dated November 15, 2018, Doc. No. 52, and Local Form No. 12 were sent by regular mail on November 16, 2018, addressed as follows:

The Rehabilitation & Nursing Center
Attn: Payroll Administrator
890 Weatherwood Lane
Greensburg, PA 15601

Dated: November 16, 2018         /s/ Natasha C. Alejandro
                                 NATASHA C. ALEJANDRO, ESQUIRE
                                 Pa. Id. No. 316860
                                 Attorney for Debtor

                                 BARTIFAY LAW OFFICES, P.C.
                                 3134 Lillian Avenue
                                 Murrysville, PA 15668
                                 (412) 824-4011
                                 nalejandro@bartifaylaw.com