IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  18-21070-JAD |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| SMAIL AUTO GROUP, ) | |
| ) | |
| Respondent/Creditor. ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 16, 2019, Doc. No. 56, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Hearing Notice filed on September 16, 2019, Doc. No. 57, Responses to the Motion were to be filed and served no later than October 3, 2019.

It is hereby respectfully requested that the Proposed Order filed on September 16, 2019, Doc. No. 56-1 be entered by the Court.

Dated: October 7, 2019              /s/ Glenn R. Bartifay
                                                        GLENN R. BARTIFAY, ESQUIRE
                                                        Pa. Id. No. 68763
                                                        Attorney for Movants/Debtors

                                                        BARTIFAY LAW OFFICES, P.C.
                                                        3134 Lillian Avenue, First Floor
                                                        Murrysville, PA 15668
                                                        (412) 824-4011
                                                        gbartifay@bartifaylaw.com