**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-21070-JAD |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | Related to Doc. #56 |
| ) | |
| SMAIL AUTO GROUP, ) | |
| ) | |
| Respondent/Creditor. ) | |

ORDER

AND NOW, this <u>  9th  </u> day of <u>  October  </u>, 2019, upon consideration of the Motion to Approve Financing filed by Movants/Debtors Aaron J. Anderson and Rebecca S. Anderson, it is hereby ORDERED that post-petition vehicle financing is approved for with Respondent Smail Auto Group, or another lender which approves financing, subject to the following terms:

1. Loan amount not to exceed $20,000.00;
2. Loan term not to exceed 72 months;
3. Monthly payment not to exceed $541.07;
4. Annual interest rate not in excess of 21%;
5. Treatment of other creditors shall not be changed as a result of the financing;
6. The relief granted by this Order shall survive bankruptcy and conversion to another Chapter; and
7. If financing is issued, a report of financing and amended plan shall be filed by Debtor within 20 days of vehicle acquisition.

JEFFERY A. DELLER,
U.S. Court Bankruptcy Judge

FILED
10/9/19 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 18-21070-JAD
Aaron J. Anderson                                               Chapter 13
Rebecca S. Anderson
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 1           Date Rcvd: Oct 09, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db/jdb         +Aaron J. Anderson,    Rebecca S. Anderson,    17 Trice Dr.,   Mount Pleasant, PA 15666-9048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Joint Debtor Rebecca S. Anderson gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Debtor Aaron J. Anderson gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt     on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5