IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-21070-JAD |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| REBECCA S. ANDERSON, ) | |
| ) | |
| Debtor/Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE REHABILITATION & NURSING ) | |
| CENTER (Employer) and RONDA ) | |
| WINNECOUR (Trustee), ) | |
| ) | |
| Respondents. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Wage Attachment Order dated April 14, 2020, Doc. No. 64, and Local Form No. 12 were sent by regular mail on April 14, 2020, addressed as follows:

The Rehabilitation & Nursing Center
Attn: Payroll Administrator
890 Weatherwood Lane
Greensburg, PA 15601

Dated: <u>April 14, 2020</u>         <u>/s/ Glenn R. Bartifay</u>
                                               GLENN R. BARTIFAY, ESQUIRE
                                               Pa. Id. No. 68763
                                               Counsel for the Debtor

                                               BARTIFAY LAW OFFICES, P.C.
                                               3134 Lillian Avenue, First Floor
                                               Murrysville, PA 15668
                                               (412) 824-4011
                                               gbartifay@bartifaylaw.com