**Form 151**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Aaron J. Anderson**
**Rebecca S. Anderson**
Debtor(s)

Bankruptcy Case No.: 18–21070–JAD
Doc. #61
Chapter: 13
Docket No.: 66 – 61
Concil. Conf.: June 25, 2020 at 02:00 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __17th____ day of __April_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

Electronic mail and regular mail as noted below.

.

on the respondent(s) at (list names and addresses here):

By electronic mail as follows:

| Office of the United States Trustee<br>ustpregion03.pi.ecf@usdoj.gov | James Warmbrodt<br>on behalf of Creditor LakeView Loan Servicing, LLC<br>bkgroup@kmllawgroup.com | Ronda J. Winnecour<br>cmecf@chapter13trusteewdpa.com |

By regular mail to the attached mailing matrix.

Executed on ___April 17, 2020_____        ___/s/ Glenn R. Bartifay_____
                (Date)                                                      (Signature)

Glenn R. Bartifay, Esq., Pa Id. No. 316860, 3134 Lillian Ave., First Floor, Murrysville, PA 15668    412-824-4011, gbartifay@bartifaylaw.com

(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Ally Bank                                Ally Financial
0315-2                                    PO Box 130424                            200 Renaissance Ctr
Case 18-21070-JAD                         Roseville MN 55113-0004                  Detroit, MI 48243-1300
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Apr 16 21:54:58 EDT 2020

American Express National Bank            Amex                                     Aaron J. Anderson
c/o Becket and Lee LLP                    Po Box 297871                            17 Trice Dr.
PO Box 3001                               Fort Lauderdale, FL 33329-7871           Mount Pleasant, PA 15666-9048
Malvern  PA 19355-0701


Rebecca S. Anderson                       Glenn R. Bartifay                        Best Egg/sst
17 Trice Dr.                              3134 Lillian Avenue                      4315 Pickett Rd
Mount Pleasant, PA 15666-9048             First Floor                              Saint Joseph, MO 64503-1600
                                          Murrysville, PA 15668-1868


CBCS                                      (p)CAPITAL ONE                           Capital One
P.O. Box 1838                             PO BOX 30285                             Po Box 30253
Columbus, OH 43216-1838                   SALT LAKE CITY UT 84130-0285             Salt Lake City, UT 84130-0253


Capital One, N.A.                         (p)JPMORGAN CHASE BANK  N A              Credit One Bank Na
c/o Becket and Lee LLP                    BANKRUPTCY MAIL INTAKE TEAM              Po Box 98875
PO Box 3001                               700 KANSAS LANE FLOOR 01                 Las Vegas, NV 89193-8875
Malvern PA 19355-0701                     MONROE LA 71203-4774


Discover Bank                             Discover Fin Svcs Llc                    ECMC
Discover Products Inc                     Po Box 15316                             P.O. Box 16408
PO Box 3025                               Wilmington, DE 19850-5316                St. Paul, MN 55116-0408
New Albany, OH  43054-3025


Edfinancial Services L                    Edfinancial on behalf of US Dept. of Educati   Granite State Management & Resources
120 N Seven Oaks Dr                       120 N. Seven Oaks Dr.                    on behalf of NHHEAF
Knoxville, TN 37922-2359                  Knoxville, TN 37922-2359                 c/o NHHEAF
                                                                                   4 Barrell Court
                                                                                   Concord, NH 03301-8543


Granite State Mgmt Res                    Kohls/capone                             LVNV Funding LLC
4 Barrell Ct                              N56 W 17000 Ridgewood Dr                 c/o Resurgent Capital Services
Concord, NH 03301-8543                    Menomonee Falls, WI 53051-7096           P.O. Box 10587
                                                                                   Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns   Lakeview Loan Servicing, LLC       Leonard Anderson
assignee of MHC Receivables, LLC and      c/o M&T Bank                             931 W. Washington St.
FNBM, LLC                                 P.O. Box 1288                            Mount Pleasant, PA 15666-1741
Resurgent Capital Services                Buffalo, NY 14240-1288
PO Box 10587
Greenville, SC 29603-0587


(p)M&T BANK                               MIDLAND FUNDING LLC                      Navient
LEGAL DOCUMENT PROCESSING                 PO Box 2011                              Po Box 9500
626 COMMERCE DRIVE                        Warren, MI 48090-2011                    Wilkes Barre, PA 18773-9500
AMHERST NY 14228-2307
```

| | | |
|---|---|---|
| Navient Solutions, LLC. on behalf of<br>Massachusetts Higher Education Assistanc<br>d/b/a American Student Assistance<br>PO BOX 16129<br>St. Paul, MN 55116-0129 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Paypal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | SST as servicing agent for BEST EGG<br>4315 Pickett Road, Bankruptcy Department<br>St. Joseph, Missouri 64503-1600 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 |
| Seton Hill University<br>Student Accounts<br>1 Seton Hill Drive<br>Greensburg, PA 15601-1548 | Syncb/lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | The United Federal Cr<br>3 Sunset Beach Rd<br>Morgantown, WV 26508-4431 |
| The United Federal Credit Union<br>3 Sunset Beach Rd.<br>Morgantown, WV 26508-4431 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | UPMC<br>Quantum I Building Third Floor<br>Distribution Room #386<br>2 Hot Metal Street<br>Pittsburgh, PA 15203-2348 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Verizon Wireless<br>Po Box 650051<br>Dallas, TX 75265-0051 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Education Financial Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wf Efs<br>Po Box 5185<br>Sioux Falls, SD 57117-5185 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Chase Card<br>P.o. Box 15298<br>Wilmington, DE 19850 | M & T Bank<br>1 Fountain Plz<br>Buffalo, NY 14203 |