IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-21070-JAD |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| REBECCA S. ANDERSON, ) | |
| ) | |
| Debtor/Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE REHABILITATION & NURSING ) | |
| CENTER (Employer) and RONDA ) | |
| WINNECOUR (Trustee), ) | |
| ) | |
| Respondents. ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Wage Attachment Order dated July 29, 2020, Doc. No. 74, and Local Form No. 12 were sent by regular mail on July 29, 2020, addressed as follows:

The Rehabilitation & Nursing Center
Attn: Payroll Administrator
890 Weatherwood Lane
Greensburg, PA 15601

Dated: July 29, 2020              /s/ Glenn R. Bartifay
                                  GLENN R. BARTIFAY, ESQUIRE
                                  Pa. Id. No. 68763
                                  Counsel for the Debtor

                                  BARTIFAY LAW OFFICES, P.C.
                                  3134 Lillian Avenue, First Floor
                                  Murrysville, PA 15668
                                  (412) 824-4011
                                  gbartifay@bartifaylaw.com