IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-21070-JAD |
| AARON J. ANDERSON and ) | |
| REBECCA S. ANDERSON, ) | |
| ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, EQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on August 10, 2020 Doc. No. 77, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing on Professional Fees filed on August 10, 2020, Doc. No. 78, Responses to the Application were to be filed and served no later than August 27, 2020.

It is hereby respectfully requested that the Proposed Order filed on August 10, 2020, Doc. No. 77-3, be entered by the Court.

Dated: August 28, 2020    /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Applicant

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue
First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com