IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 18-21070-JAD |
| | ) | |
| AARON J. ANDERSON and | ) | CHAPTER 13 |
| REBECCA S. ANDERSON, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | Related to Doc. #77 |
| GLENN R. BARTIFAY, EQUIRE, | ) | |
| and BARTIFAY LAW OFFICES, P.C., | ) | |
| | ) | |
| Applicant, | ) | |
| | ) | **DEFAULT O/E JAD** |
| vs. | ) | |
| | ) | |
| RONDA WINNECOUR, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this __11th__ day of __September__, 202_0_, it is hereby ordered that the Application for Approval of Attorney Fees filed by Applicant Glenn R. Bartifay, Esquire, and Bartifay Law Offices, P.C. is granted, that attorney fees are approved for Applicant for services provided as indicated in the Application in the amount of $5,000.00, and that the Chapter 13 Trustee shall disburse said attorney fees to Applicant as provided in the Confirmed Amended Plan dated April 10, 2020 in the amount of $4,913.00.

BY THE COURT:

_____ sjk
JEFFERY A. DELLER,
United States Bankruptcy Judge

FILED
9/11/20 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 18-21070-JAD
Aaron J. Anderson                                                   Chapter 13
Rebecca S. Anderson
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: agro              Page 1 of 1          Date Rcvd: Sep 11, 2020
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
db/jdb         +Aaron J. Anderson,    Rebecca S. Anderson,    17 Trice Dr.,    Mount Pleasant, PA 15666-9048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
          Glenn R. Bartifay    on behalf of Joint Debtor Rebecca S. Anderson gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Debtor Aaron J. Anderson gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```