IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO.  18-21070-JAD |
| AARON J. ANDERSON and | ) | |
| REBECCA S. ANDERSON, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| REBECCA S. ANDERSON, | ) | |
| | ) | |
| Debtor/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE REHABILITATION & NURSING | ) | |
| CENTER (Employer) and RONDA | ) | |
| WINNECOUR (Trustee), | ) | |
| | ) | |
| Respondents. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order Terminating Wage Attachment dated July 7, 2021, Doc. No. 86, and Local Form No. 12 were sent by regular mail on July 7, 2021, addressed as follows:

The Rehabilitation & Nursing Center
Attn: Payroll Administrator
890 Weatherwood Lane
Greensburg, PA 15601

Dated: July 7, 2021

/s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Counsel for the Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com