**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/04/2023

IN RE:

AARON J. ANDERSON
REBECCA S. ANDERSON
17 TRICE DR.
MOUNT PLEASANT, PA 15666
XXX-XX-0236        Debtor(s)

XXX-XX-5974

Case No.18-21070 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/4/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  4543 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2    INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  M AND T BANK~LAKEVIEW LN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:3    INT %:  5.74%<br>Court Claim Number:1<br>CLAIM:  5,152.64<br>COMMENT:  $/CL-PL@5.74%MDF*CO-BUYER | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1472 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:4    INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4PMT-LMT*BGN 4/18 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3379 |
| **UNITED FEDERAL CREDIT UNION***<br>3 SUNSET BEACH RD<br>MORGANTOWN, WV  26508 | Trustee Claim Number:5    INT %:  6.00%<br>Court Claim Number:6<br>CLAIM:  830.30<br>COMMENT:  SURR/PL-CONF*CL=4160.65*PIF/CR/LTR | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9952 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:6    INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  2,510.66<br>COMMENT:  0343/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1004 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:7    INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  9,732.40<br>COMMENT:  BEST EGG*LOAN BGN 2/1/18*FR SST-DOC 35 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6992 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:8    INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  7,324.04<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1005 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:9    INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  3,007.38<br>COMMENT:  CAP ONE/GM | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4931 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  2,639.98<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4949 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~EXCELA~FRICK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5226 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~EXCELA~LATROBE HSPTL~WESTMORELAND RGNL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5381 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~EXCELA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4099 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8709 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2935 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 247.06<br>COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6091 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,972.55<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1730 |
| **EDFINANCIAL SERVICES O/B/O US DEPT OF ED**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 4830<br>PORTLAND, OR 97208 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 9-2<br>CLAIM: 10,641.56<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9474 |
| **ED FINANCIAL**<br>120 N SEVEN OAKS DR<br>KNOXVILLE, TN 37922 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMBINED @ 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9574 |
| **GRANITE STATE MGMT & RESOURCES O/B/O**<br>C/O NHHEAF<br>4 BARRELL CT<br>CONCORD, NH 03302 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 35,498.92<br>COMMENT: 9649~EDUCATIONAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5444 |

| Creditor | Trustee Claim | Court Claim | Claim | Comment | CRED DESC | Account No. |
|---|---|---|---|---|---|---|
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 21 INT %: 0.00% | 15 | 296.46 | KOHL'S | UNSECURED CREDITOR | 2958 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 22 INT %: 0.00% | 14 | 110.49 | KOHL'S | UNSECURED CREDITOR | 8054 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | 23 INT %: 0.00% | 16 | 11,614.33 | 1016/SCH*FR NAVIENT-DOC 40 | UNSECURED CREDITOR | 0236 |
| **PAYPAL CREDIT++**<br>PO BOX 105658<br>ATLANTA, GA 30348-5658 | 24 INT %: 0.00% | | 0.00 | | UNSECURED CREDITOR | 0824 |
| **SEARS/CITI CARD USA\*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | 25 INT %: 0.00% | | 0.00 | | UNSECURED CREDITOR | 0550 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 26 INT %: 0.00% | 18 | 760.97 | SYNCHRONY/LOWE'S | UNSECURED CREDITOR | 2881 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | 27 INT %: 0.00% | 12 | 1,085.15 | 1560/SCH | UNSECURED CREDITOR | 0236 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO 63197-0321 | 28 INT %: 0.00% | 7 | 20,660.90 | 8581/SCH | UNSECURED CREDITOR | 0236 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGENT**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | 29 INT %: 0.00% | 20 | 364.05 | CHARGE OFF 10/15/16 | UNSECURED CREDITOR | 0001 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO EDUCATION FINANCIAL SVC<br>301 E 58TH ST N<br>SIOUX FALLS, SD 57104 | 30 INT %: 0.00% | 3 | 13,165.96 | 0001/SCH | UNSECURED CREDITOR | 0642 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LEONARD ANDERSON**<br>931 W WASHINGTON ST<br><br>MOUNT PLEASANT, PA 15666 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 3,144.21<br>COMMENT: CL5GOVS*$/CL-PL*THRU 3/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3379 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 616.88<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0236 |
| **SETON HILL UNIVERSITY**<br>1 SETON HILL DR<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: TUITION/AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4988 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ALLY BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |