**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
AARON J. ANDERSON                                   Case No. 18-21070JAD
REBECCA S. ANDERSON

        Debtor(s)                                   Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant                                      Document No __
    vs.
LAKEVIEW LOAN SERVICING LLC

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    NO EXPLANATION FOR THE REFUND WAS PROVIDED.

LAKEVIEW LOAN SERVICING LLC        Court claim# 5/Trustee CID# 4
C/O M & T BANK
ATTN TRUSTEE PAYMENT CTR
PO BOX 1288
BUFFALO, NY 14240-1288


The Movant further certifies that on 01/09/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
cc:  debtor(s)                                 PITTSBURGH, PA  15219
     original creditor                (412) 471-5566
     putative creditor               cmecf@chapter13trusteewdpa.com
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>AARON J. ANDERSON, REBECCA S. ANDERSON, 17 TRICE DR., MOUNT PLEASANT, PA  15666 | DEBTOR'S COUNSEL:<br>GLENN R BARTIFAY ESQ, 2009 MACKENZIE WAY STE 100, CRANBERRY TWP, PA  16066 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | ORIGINAL CREDITOR:<br>LAKEVIEW LOAN SERVICING LLC, C/O M & T BANK, ATTN TRUSTEE PAYMENT CTR PO BOX 1288, BUFFALO, NY  14240-1288 |
| NEW CREDITOR: | |