**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Aaron J. Anderson**
**Rebecca S. Anderson**
   Debtor(s)

Bankruptcy Case No.: 18−21070−JAD
Related to Doc. #103
Chapter: 13
Docket No.: 104 − 103

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of May, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/10/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/19/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/10/23.**

                                                   <u>Jeffery A. Deller</u>
                                                   United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21070-JAD |
| Aaron J. Anderson | Chapter 13 |
| Rebecca S. Anderson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron J. Anderson, Rebecca S. Anderson, 17 Trice Dr., Mount Pleasant, PA 15666-9048 |
| aty | + | Glenn R. Bartifay, 3134 Lillian Avenue, First Floor, First Floor, Murrysville, PA 15668 US 15668-1868 |
| 14795841 | | CBCS, P.O. Box 1838, Columbus, OH 43215 |
| 14815137 | + | Granite State Management & Resources, on behalf of NHHEAF, c/o NHHEAF, 4 Barrell Court, Concord, NH 03301-8543 |
| 14795846 | + | Granite State Mgmt Res, 4 Barrell Ct, Concord, NH 03301-8543 |
| 14812725 | + | Leonard Anderson, 931 W. Washington St., Mount Pleasant, PA 15666-1741 |
| 14831924 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 14795853 | + | The United Federal Cr, 3 Sunset Beach Rd, Morgantown, WV 26508-4431 |
| 14816338 | + | The United Federal Credit Union, 3 Sunset Beach Rd., Morgantown, WV 26508-4431 |
| 14830228 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14830399 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14795857 | + | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2023 01:27:34 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796822 | | Email/Text: ally@ebn.phinsolutions.com | May 27 2023 00:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14795836 | + | Email/Text: ally@ebn.phinsolutions.com | May 27 2023 00:44:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14824982 | | Email/PDF: bncnotices@becket-lee.com | May 27 2023 01:11:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795837 | + | Email/PDF: bncnotices@becket-lee.com | May 27 2023 01:49:32 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14795838 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 27 2023 00:59:46 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14795839 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 00:59:18 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14795840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 01:13:29 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14831251 | | Email/PDF: bncnotices@becket-lee.com | May 27 2023 01:11:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795843 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2023 00:59:21 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14799328 | | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Bank, Discover Products Inc, PO Box |

Case 18-21070-JAD   Doc 105   Filed 05/28/23   Entered 05/29/23 00:34:35   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14795844 | + | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14892560 | | Email/Text: ECMCBKNotices@ecmc.org | May 27 2023 00:45:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14795845 | + | Email/Text: EBN@edfinancial.com | May 27 2023 00:44:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 14825003 | + | Email/Text: EBN@edfinancial.com | May 27 2023 00:44:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14795842 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2023 01:27:32 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14795847 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2023 00:44:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14878060 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 01:12:07 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, GREENVILLE, SC 29603-0587 |
| 14855272 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 01:13:42 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816138 | | Email/Text: camanagement@mtb.com | May 27 2023 00:45:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14795848 | | Email/Text: camanagement@mtb.com | May 27 2023 00:45:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14829122 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:45:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15560269 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 27 2023 00:59:47 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14795849 | + | Email/PDF: pa_dc_claims@navient.com | May 27 2023 00:59:54 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14849409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:59:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14796625 | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2023 01:12:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14795850 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 00:59:56 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14834502 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2023 00:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14833474 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 27 2023 01:11:31 | SST as servicing agent for BEST EGG, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 14795851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 01:27:10 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14936012 | + | Email/Text: hpasipanki@setonhill.edu | May 27 2023 00:46:00 | Seton Hill University, Student Accounts, 1 Seton Hill Drive, Greensburg, PA 15601-1548 |
| 14795852 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:12:14 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14824264 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 27 2023 00:44:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14795854 | + | Email/Text: BankruptcyNotice@upmc.edu | May 27 2023 00:46:00 | UPMC, Quantum I Building Third Floor, Distribution Room #386, 2 Hot Metal Street, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15203-2348 |
| 14830228 | Email/Text: BNCnotices@dcmservices.com | | May 27 2023 00:45:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14830399 | Email/Text: BNCnotices@dcmservices.com | | May 27 2023 00:45:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14795855 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 27 2023 00:44:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14849602 | | Email/PDF: ebn_ais@aisinfo.com | May 27 2023 01:12:59 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14795856 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2023 00:44:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14805570 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 27 2023 00:59:21 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | MidFirst Bank |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Rebecca S. Anderson gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Aaron J. Anderson gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 50

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor MidFirst Bank amps@manleydeas.com

TOTAL: 7