**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AARON J. ANDERSON<br>REBECCA S. ANDERSON<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>    vs.<br>No Respondents. | Case No.:18-21070 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/21/2018 and confirmed on 5/24/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,342.57 |
| Less Refunds to Debtor | 105.36 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,237.21 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,913.00 | |
|   Trustee Fee | 3,895.01 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,808.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK | 0.00 | 67,154.08 | 0.00 | 67,154.08 |
|     Acct: 3334 | | | | |
|   MIDFIRST BANK | 3,144.21 | 3,144.21 | 0.00 | 3,144.21 |
|     Acct: 3334 | | | | |
|   ALLY BANK(*) | 5,152.64 | 5,152.64 | 820.36 | 5,973.00 |
|     Acct: 1472 | | | | |
|   UNITED FEDERAL CREDIT UNION* | 830.30 | 830.30 | 327.61 | 1,157.91 |
|     Acct: 9952 | | | | |
| | | | | 77,429.20 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AARON J. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AARON J. ANDERSON | 105.36 | 105.36 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX1/20 | | | | |
|   GLENN R BARTIFAY ESQ | 3,913.00 | 3,913.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 2,510.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 1004 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 9,732.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 6992 | | | | |
|   MIDLAND FUNDING LLC | 7,324.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 1005 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,007.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 4931 | | | | |
|   MIDLAND FUNDING LLC | 2,639.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 4949 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5226 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5381 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4099 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8709 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2935 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 247.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 6091 | | | | |
| | DISCOVER BANK(*) | 3,972.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 1730 | | | | |
| | EDFINANCIAL SERVICES O/B/O US DEPT | 10,641.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 5974 | | | | |
| | ED FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9574 | | | | |
| | GRANITE STATE MGMNT & RESOURCES | 35,498.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 5444 | | | | |
| | CAPITAL ONE NA** | 296.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 2958 | | | | |
| | CAPITAL ONE NA** | 110.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 8054 | | | | |
| | ECMC(*) | 11,614.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 0236 | | | | |
| | PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0824 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0550 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 760.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 2881 | | | | |
| | UPMC HEALTH SERVICES | 1,085.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 0236 | | | | |
| | UNITED STATES DEPARTMENT OF EDUCA | 20,660.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 0236 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 364.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WELLS FARGO BANK NA | 13,165.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 0642 | | | | |
| | UPMC PHYSICIAN SERVICES | 616.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 0236 | | | | |
| | SETON HILL UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4988 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4543 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LEONARD ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                 77,429.20

| | |
|---|---:|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 9,127.15 |
| UNSECURED | 124,249.74 |

Date: 05/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   AARON J. ANDERSON
   REBECCA S. ANDERSON
       Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:18-21070 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21070-JAD |
| Aaron J. Anderson | Chapter 13 |
| Rebecca S. Anderson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron J. Anderson, Rebecca S. Anderson, 17 Trice Dr., Mount Pleasant, PA 15666-9048 |
| aty | + | Glenn R. Bartifay, 3134 Lillian Avenue, First Floor, First Floor, Murrysville, PA 15668 US 15668-1868 |
| 14795841 | | CBCS, P.O. Box 1838, Columbus, OH 43215 |
| 14815137 | + | Granite State Management & Resources, on behalf of NHHEAF, c/o NHHEAF, 4 Barrell Court, Concord, NH 03301-8543 |
| 14795846 | + | Granite State Mgmt Res, 4 Barrell Ct, Concord, NH 03301-8543 |
| 14812725 | + | Leonard Anderson, 931 W. Washington St., Mount Pleasant, PA 15666-1741 |
| 14831924 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 14795853 | + | The United Federal Cr, 3 Sunset Beach Rd, Morgantown, WV 26508-4431 |
| 14816338 | + | The United Federal Credit Union, 3 Sunset Beach Rd., Morgantown, WV 26508-4431 |
| 14830228 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14830399 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14795857 | + | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2023 01:11:49 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796822 | | Email/Text: ally@ebn.phinsolutions.com | May 27 2023 00:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14795836 | + | Email/Text: ally@ebn.phinsolutions.com | May 27 2023 00:44:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14824982 | | Email/PDF: bncnotices@becket-lee.com | May 27 2023 00:59:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795837 | + | Email/PDF: bncnotices@becket-lee.com | May 27 2023 01:12:14 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14795838 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 27 2023 01:12:10 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14795839 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 00:59:35 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14795840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 00:59:58 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14831251 | | Email/PDF: bncnotices@becket-lee.com | May 27 2023 00:59:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795843 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2023 00:58:50 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14799328 | | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Bank, Discover Products Inc, PO Box |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14795844 | + | Email/Text: mrdiscen@discover.com | May 27 2023 00:44:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14892560 | | Email/Text: ECMCBKNotices@ecmc.org | May 27 2023 00:45:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14795845 | + | Email/Text: EBN@edfinancial.com | May 27 2023 00:44:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 14825003 | + | Email/Text: EBN@edfinancial.com | May 27 2023 00:44:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14795842 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2023 00:59:19 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14795847 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2023 00:44:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14878060 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 01:12:36 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, GREENVILLE, SC 29603-0587 |
| 14855272 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 00:59:36 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816138 | | Email/Text: camanagement@mtb.com | May 27 2023 00:45:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14795848 | | Email/Text: camanagement@mtb.com | May 27 2023 00:45:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14829122 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:45:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15560269 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 27 2023 01:13:24 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14795849 | + | Email/PDF: pa_dc_claims@navient.com | May 27 2023 00:59:38 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14849409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:26:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14796625 | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2023 00:59:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14795850 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:27:02 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14834502 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2023 00:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14833474 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 27 2023 01:27:00 | SST as servicing agent for BEST EGG, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 14795851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 00:59:34 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14936012 | + | Email/Text: hpasipanki@setonhill.edu | May 27 2023 00:46:00 | Seton Hill University, Student Accounts, 1 Seton Hill Drive, Greensburg, PA 15601-1548 |
| 14795852 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:13:20 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14824264 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 27 2023 00:44:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14795854 | + | Email/Text: BankruptcyNotice@upmc.edu | May 27 2023 00:46:00 | UPMC, Quantum I Building Third Floor, Distribution Room #386, 2 Hot Metal Street, |

Case 18-21070-JAD    Doc 106    Filed 05/28/23    Entered 05/29/23 00:34:35    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15203-2348 |
| 14830228 | | Email/Text: BNCnotices@dcmservices.com | May 27 2023 00:45:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14830399 | | Email/Text: BNCnotices@dcmservices.com | May 27 2023 00:45:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14795855 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 27 2023 00:44:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14849602 | | Email/PDF: ebn_ais@aisinfo.com | May 27 2023 01:13:22 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14795856 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2023 00:44:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14805570 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 27 2023 00:59:52 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | MidFirst Bank |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Rebecca S. Anderson gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Aaron J. Anderson gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 50 |

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
   on behalf of Creditor MidFirst Bank amps@manleydeas.com

TOTAL: 7