UNITED STATES BANKRUPTCY COURT

Western District Of Pennsylvania

| | |
|---|---|
| IN RE: | CASE NO: 1821070 |
| REBECCA S ANDERSON and AARON J ANDERSON | CHAPTER  13 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION**

As to Claim 3 filed on 04/05/2018, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further disbursements be made on this claim by the Chapter  13 Trustee.

/s/ Katherine R. Wambold
Katherine R. Wambold
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-866-834-7960

BKNOCS (08/2018)