**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Aaron J. Anderson<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0236<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rebecca S. Anderson<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5974<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–21070–JAD

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Aaron J. Anderson                                   Rebecca S. Anderson

7/11/23                                             **By the court:** Jeffery A. Deller
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Aaron J. Anderson  
Rebecca S. Anderson  
    Debtors

Case No. 18-21070-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jul 11, 2023      Form ID: 3180W      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron J. Anderson, Rebecca S. Anderson, 17 Trice Dr., Mount Pleasant, PA 15666-9048 |
| aty | + | Glenn R. Bartifay, 3134 Lillian Avenue, First Floor, First Floor, Murrysville, PA 15668 US 15668-1868 |
| 14795841 | | CBCS, P.O. Box 1838, Columbus, OH 43215 |
| 14815137 | + | Granite State Management & Resources, on behalf of NHHEAF, c/o NHHEAF, 4 Barrell Court, Concord, NH 03301-8543 |
| 14795846 | + | Granite State Mgmt Res, 4 Barrell Ct, Concord, NH 03301-8543 |
| 14812725 | + | Leonard Anderson, 931 W. Washington St., Mount Pleasant, PA 15666-1741 |
| 14831924 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 14795853 | + | The United Federal Cr, 3 Sunset Beach Rd, Morgantown, WV 26508-4431 |
| 14816338 | + | The United Federal Credit Union, 3 Sunset Beach Rd., Morgantown, WV 26508-4431 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 12 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 12 2023 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 00:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 12 2023 04:33:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: WFFC2 | Jul 12 2023 04:33:00 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 14796822 | | EDI: GMACFS.COM | Jul 12 2023 04:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14795836 | + | EDI: GMACFS.COM | Jul 12 2023 04:33:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14824982 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2023 00:56:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795837 | + | Email/PDF: bncnotices@becket-lee.com | Jul 12 2023 00:56:40 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14795838 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 12 2023 00:55:57 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14795839 | | EDI: CAPITALONE.COM | Jul 12 2023 04:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14795840 | + | EDI: CAPITALONE.COM | Jul 12 2023 04:33:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14831251 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2023 01:08:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795843 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2023 00:55:48 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14799328 | | EDI: DISCOVER.COM | Jul 12 2023 04:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14795844 | + | EDI: DISCOVER.COM | Jul 12 2023 04:33:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14892560 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 12 2023 00:47:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14795845 | + | Email/Text: EBN@edfinancial.com | Jul 12 2023 00:47:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 14825003 | + | Email/Text: EBN@edfinancial.com | Jul 12 2023 00:47:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14795842 | | EDI: JPMORGANCHASE | Jul 12 2023 04:33:00 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14795847 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2023 00:47:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14878060 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 00:55:54 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, GREENVILLE, SC 29603-0587 |
| 14855272 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 00:56:23 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816138 | | Email/Text: camanagement@mtb.com | Jul 12 2023 00:47:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14795848 | | Email/Text: camanagement@mtb.com | Jul 12 2023 00:47:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14829122 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2023 00:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15560269 | + | EDI: AISMIDFIRST | Jul 12 2023 04:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14795849 | + | EDI: NAVIENTFKASMSERV.COM | Jul 12 2023 04:33:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14849409 | | EDI: PRA.COM | Jul 12 2023 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14796625 | + | EDI: RECOVERYCORP.COM | Jul 12 2023 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14795850 | | EDI: RMSC.COM | Jul 12 2023 04:33:00 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14834502 | | EDI: Q3G.COM | Jul 12 2023 04:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14833474 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 12 2023 00:56:14 | SST as servicing agent for BEST EGG, 4315 Pickett Road, Bankruptcy Department, St. Joseph, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: 3180W | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | Missouri 64503-1600 |
| 14795851 | + EDI: CITICORP.COM | | Jul 12 2023 04:33:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14936012 | + Email/Text: hpasipanki@setonhill.edu | | Jul 12 2023 00:49:00 | Seton Hill University, Student Accounts, 1 Seton Hill Drive, Greensburg, PA 15601-1548 |
| 14795852 | + EDI: RMSC.COM | | Jul 12 2023 04:33:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14824264 | Email/Text: electronicbkydocs@nelnet.net | | Jul 12 2023 00:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14795854 | + Email/Text: BankruptcyNotice@upmc.edu | | Jul 12 2023 00:49:00 | UPMC, Quantum I Building Third Floor, Distribution Room #386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14830228 | Email/Text: BNCnotices@dcmservices.com | | Jul 12 2023 00:47:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14830399 | Email/Text: BNCnotices@dcmservices.com | | Jul 12 2023 00:47:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14795855 | + Email/Text: electronicbkydocs@nelnet.net | | Jul 12 2023 00:48:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14849602 | EDI: AIS.COM | | Jul 12 2023 04:33:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14795856 | + EDI: VERIZONCOMB.COM | | Jul 12 2023 04:33:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14805570 | EDI: WFFC2 | | Jul 12 2023 04:33:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14795857 | + EDI: WFFC.COM | | Jul 12 2023 04:33:00 | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | MidFirst Bank |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Rebecca S. Anderson gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Aaron J. Anderson gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor MidFirst Bank amps@manleydeas.com |

TOTAL: 7