IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
AARON J. ANDERSON
REBECCA S. ANDERSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.: 18-21070 JAD

Chapter 13

Document No.: 103

FILED
7/11/23 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this \_\_\_11th\_\_\_ day of \_\_July\_\_, 20\_23\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21070-JAD |
| Aaron J. Anderson | Chapter 13 |
| Rebecca S. Anderson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron J. Anderson, Rebecca S. Anderson, 17 Trice Dr., Mount Pleasant, PA 15666-9048 |
| aty | + | Glenn R. Bartifay, 3134 Lillian Avenue, First Floor, First Floor, Murrysville, PA 15668 US 15668-1868 |
| 14795841 | | CBCS, P.O. Box 1838, Columbus, OH 43215 |
| 14815137 | + | Granite State Management & Resources, on behalf of NHHEAF, c/o NHHEAF, 4 Barrell Court, Concord, NH 03301-8543 |
| 14795846 | + | Granite State Mgmt Res, 4 Barrell Ct, Concord, NH 03301-8543 |
| 14812725 | + | Leonard Anderson, 931 W. Washington St., Mount Pleasant, PA 15666-1741 |
| 14831924 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, PO BOX 16129, St. Paul, MN 55116-0129 |
| 14795853 | + | The United Federal Cr, 3 Sunset Beach Rd, Morgantown, WV 26508-4431 |
| 14816338 | + | The United Federal Credit Union, 3 Sunset Beach Rd., Morgantown, WV 26508-4431 |
| 14795857 | + | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2023 01:19:07 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 12 2023 00:57:30 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 14796822 | | Email/Text: ally@ebn.phinsolutions.com | Jul 12 2023 00:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14795836 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 12 2023 00:46:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14824982 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2023 01:08:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795837 | + | Email/PDF: bncnotices@becket-lee.com | Jul 12 2023 00:55:56 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14795838 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 12 2023 00:55:45 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14795839 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 01:18:54 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14795840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 00:56:31 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14831251 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2023 01:08:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795843 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2023 00:55:56 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14799328 | | Email/Text: mrdiscen@discover.com | Jul 12 2023 00:46:00 | Discover Bank, Discover Products Inc, PO Box |

Case 18-21070-JAD   Doc 111   Filed 07/13/23   Entered 07/14/23 00:29:20   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14795844 | + | Email/Text: mrdiscen@discover.com | Jul 12 2023 00:46:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14892560 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 12 2023 00:47:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14795845 | + | Email/Text: EBN@edfinancial.com | Jul 12 2023 00:47:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 14825003 | + | Email/Text: EBN@edfinancial.com | Jul 12 2023 00:47:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14795842 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 12 2023 00:56:17 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14795847 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2023 00:47:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14878060 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 00:55:53 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, GREENVILLE, SC 29603-0587 |
| 14855272 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 00:56:28 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816138 | | Email/Text: camanagement@mtb.com | Jul 12 2023 00:47:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14795848 | | Email/Text: camanagement@mtb.com | Jul 12 2023 00:47:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14829122 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2023 00:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15560269 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 12 2023 00:55:54 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14795849 | + | Email/PDF: pa_dc_claims@navient.com | Jul 12 2023 00:57:06 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14849409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2023 01:08:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14796625 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 12 2023 00:56:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14795850 | | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2023 01:19:13 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14834502 | | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2023 00:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14833474 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 12 2023 00:57:06 | SST as servicing agent for BEST EGG, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 14795851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 01:19:21 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14936012 | + | Email/Text: hpasipanki@setonhill.edu | Jul 12 2023 00:49:00 | Seton Hill University, Student Accounts, 1 Seton Hill Drive, Greensburg, PA 15601-1548 |
| 14795852 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2023 00:56:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14824264 | | Email/Text: electronicbkydocs@nelnet.net | Jul 12 2023 00:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14795854 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 12 2023 00:49:00 | UPMC, Quantum I Building Third Floor, Distribution Room #386, 2 Hot Metal Street, |

Case 18-21070-JAD    Doc 111    Filed 07/13/23    Entered 07/14/23 00:29:20    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15203-2348 |
| 14830228 | Email/Text: BNCnotices@dcmservices.com | Jul 12 2023 00:47:00 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14830399 | Email/Text: BNCnotices@dcmservices.com | Jul 12 2023 00:47:00 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14795855 | + Email/Text: electronicbkydocs@nelnet.net | Jul 12 2023 00:48:00 | | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14849602 | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2023 00:57:38 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14795856 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 12 2023 00:46:00 | | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14805570 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 12 2023 01:19:13 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | MidFirst Bank |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2023                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Rebecca S. Anderson gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Aaron J. Anderson gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 51 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor MidFirst Bank amps@manleydeas.com

TOTAL: 7